## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRANCE DAWSON | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | **No. 15-523** |
| v. | : | |
| | : | FILED |
| SUPERINTENDENT TAMMY | : | |
| FERGUSON *et al.*, | : | AUG 2 6 2015 |
| Respondents. | : | MICHAEL E. KUNZ, Clerk |
| | : | By_____Dep. Clerk |

## ORDER

This *26th* day of August, 2015, upon careful and independent consideration of the
pleadings and record herein, and after review of the Report and Recommendation of United
States Magistrate Judge Linda K. Caracappa dated July 30th, 2015, and *pro se* petitioner's
Objections to the Report and Recommendation, **IT IS ORDERED** as follows:

1.  The July 30, 2015 Report and Recommendation of United States Magistrate Judge
    Caracappa is **APPROVED** and **ADOPTED**;

2.  Petitioner's Objections are **OVERRULED** for the reasons stated by Magistrate Judge
    Caracappa;

3.  The Petition for Writ of Habeas Corpus filed by Petitioner Terrance Dawson is
    **DISMISSED**;

4.  There is no probable cause to issue a certificate of appealability; and

5.  The Clerk of Court shall mark this case closed for statistical purposes.

Gerald Austin McHugh, J.
United States District Judge

ENTERED

AUG 2 6 2015

CLERK OF COURT